

U.S. COURT OF APPEALS
RECEIVED
CLERK

OCT 0 2 2025

ATLANTA, GA



# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| William James and Terri (Tucker) Lowe, Petitioners, | Appellate Action No. 25-13325-D |
| | District Court Civil Action No. 1:17-cv-01181-TWT |
| v. | |
| Barbara Hunt, Tyler Perry, Oprah Winfrey, et al., and Judge Thomas W. Thrash, Jr. Respondents. | Notice of Errata Regarding Caption Corrections |

---

## NOTICE OF ERRATA REGARDING CAPTION CORRECTIONS

---

Appellate Action No. 25-13325-D

## NOTICE OF ERRATA REGARDING CAPTION CORRECTIONS

Petitioners, William James and Terri Lowe (formerly Tucker), respectfully submit

this Notice of Errata to correct captioning errors on the cover sheets of the

following documents previously filed and/or served in this matter:

1. Notice to File Amended Petition for Writ of Mandamus and to Correct Record

2. Amended Petition for Writ of Mandamus

3. Emergency Request for Supervisory Relief and Vacatur of Void Orders due to

Judicial Misconduct, Fraud in the Court, and Denial of Due Process

4. Certificate of Interested Persons and Corporate Disclosure Statement for Petitioners' Amended Petition for Writ of Mandamus Due Process

5. Certificate of Interested Persons and Corporate Disclosure Statement for Petitioners' Motion to Reopen Petition for Writ of Mandamus Due Process

The caption on the cover sheets of the above-referenced documents incorrectly identified the parties as "Appellant" and "Appellee." The correct designations are "Petitioner" and "Respondent." The versions filed with the Court now reflect these corrections.

**No changes have been made to the substance or content of the documents; only the party designations on the cover sheets have been corrected.**

A sample corrected caption is attached hereto as Exhibit A for reference.

Petitioners respectfully request that the Court and all parties take notice of these corrections.

Respectfully submitted,

Dated: October 2, 2025

Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff

# CERTIFICATE OF COMPLIANCE



Pursuant to Federal Rule of Appellate Procedure 32(g)(1) and 11th Cir. R. 32-4, I certify that this motion complies with the type-volume limitation set forth in FRAP 27(d)(2). According to the word-processing system used to prepare this document, the motion contains (215) words, excluding the parts of the motion exempted by FRAP 32(f). The motion has been prepared in a proportionally spaced typeface (Times New Roman, 14-point font) with double spacing and 1-inch margins.

Dated: On the 2nd day of October.

Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff

# CERTIFICATE OF SERVICE



We hereby certify that on 10/02/2025, we filed the foregoing Motion to File Amended Petition for Writ of Mandamus and to Correct Appellate Action No. 25-13325-D Record and all supporting exhibits by Mail as required by the Eleventh Circuit's filing instructions.

**Appellees Attorneys:**

Lori M. Beranek
Assistant United States Attorney
600 U.S. Courthouse
75 Spring Street SW
Atlanta, GA 30303

Tom J. Ferber, Esq
7 Times Square
New York, NY 10036-6569

Richard Gordon, Esq
1495 Powers Ferry Road Ste 101
Marietta, GA 30067

Lawrence R. Sommerfield
NTC US Attorney
DOJ-UASO Northern District of Georgia
NTC US Attorney
75 Ted Turner Dr. SW
Ste 600
Atlanta, GA 30303

U.S. Attorney Service
DOJ-UASO Northern District of Georgia
NTC US Attorney
75 Ted Turner Dr. SW
Ste 600
Atlanta, GA 30303

Clerk of the Court
Judge Thomas W. Thrash, Jr
75 Ted Turner Dr. SW
Floor 22
Atlanta, GA 30303

Executed on 2nd day of October, 2025.

.Respectfully submitted,

Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff