
U.S. COURT OF APPEALS
RECEIVED
CLERK

OCT 0 2 2025

ATLANTA, GA

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT



| | |
|---|---|
| William James and Terri (Tucker) Lowe, Petitioners, | Appellate Action No. 25-13325-D |
| | District Court Civil Action No. 1:17-cv-01181-TWT |
| v. | Notice of Filing Proof of Mailing for Both Original Motion to Reopen Petition for Writ of Mandamus and for Amended Petition for Writ of Mandamus and to Correct Record |
| Barbara Hunt, Tyler Perry, Oprah Winfrey, et al., and Judge Thomas W. Thrash, Jr. Respondents. | |

---

## NOTICE OF FILING PROOF OF MAILING FOR BOTH ORIGINAL MOTION TO REOPEN PETITION FOR WRIT OF MANDAMUS AND FOR AMENDED PETITION FOR WRIT OF MANDAMUS AND TO CORRECT RECORD

---

Appellate Action No. 25-13325-D

## NOTICE OF FILING PROOF OF MAILING

Petitioners, William James and Terri Lowe (formerly Tucker), respectfully submit this Notice of Filing Proof of Mailing in connection with both the Original Motion to Reopen Petition for Writ of Mandamus and the Amended Petition for Writ of Mandamus, and to Correct Record. Both sets of proofs are submitted to ensure the record is complete, regardless of which document the Court deems operative.

Notice of Filing Proof of Mailing for Both
Original Motion to Reopen Petition for Writ
of Mandamus and for Amended Petition for
Writ of Mandamus and to Correct Record          1

**The following exhibits are attached:**

- **Exhibit A:** USPS receipts for mailing Petitioners' Original Motion to Reopen Petition for Writ of Mandamus (Case No. 18-10164-C)

- **Exhibit B:** Envelopes used for mailing Petitioners' Original Motion to Reopen Petition for Writ of Mandamus (Case No. 18-10164-C)

- **Exhibit C:** USPS receipt for mailing Petitioners' Motion to File Amended Petition for Writ of Mandamus and Amended Petition for Writ of Mandamus (Case No. 25-13325-D)

- **Exhibit D:** Envelopes used for mailing Petitioners' Motion to File Amended Petition for Writ of Mandamus and Amended Petition for Writ of Mandamus (Case No. 25-13325-D)

- **Exhibit E:** Proof of payment for the New Petition for Writ of Mandamus: $600.00 filing fee and $5.00 court fee (Case No. 25-13325-D)

Respectfully submitted,

Dated: October 2, 2025

Notice of Filing Proof of Mailing for Both
Original Motion to Reopen Petition for Writ
of Mandamus and for Amended Petition for
Writ of Mandamus and to Correct Record                2

Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff

U.S. COURT OF APPEALS
RECEIVED
CLERK
OCT 0 2 2025
ATLANTA GA

RAIL

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1) and 11th Cir. R. 32-4, I certify that this motion complies with the type-volume limitation set forth in FRAP 27(d)(2). According to the word-processing system used to prepare this document, the motion contains (185) words, excluding the parts of the motion exempted by FRAP 32(f). The motion has been prepared in a proportionally spaced typeface (Times New Roman, 14-point font) with double spacing and 1-inch margins.

Dated: On the 2nd day of October.

Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff

Notice of Filing Proof of Mailing for Both
Original Motion to Reopen Petition for Writ
of Mandamus and for Amended Petition for
Writ of Mandamus and to Correct Record                    3

# CERTIFICATE OF SERVICE

U.S. COURT OF APPEALS
RECEIVED
CLERK
OCT 0 2 2025
ATLANTA, GA

We hereby certify that on 10/02/2025, we filed the foregoing by hand delivery to the 11th Circuit and all defendants received copies by mail of proofs as required by the Eleventh Circuit's filing instructions.

**<u>Appellees Attorneys:</u>**

Lori M. Beranek
Assistant United States
Attorney
600 U.S. Courthouse
75 Spring Street SW
Atlanta, GA 30303

Tom J. Ferber, Esq
7 Times Square
New York, NY 10036-
6569

Richard Gordon, Esq
1495 Powers Ferry
Road Ste 101
Marietta, GA 30067

Lawrence R.
Sommerfield
NTC US Attorney
DOJ-UASO Northern
District of Georgia
NTC US Attorney
75 Ted Turner Dr. SW
Ste 600
Atlanta, GA 30303

U.S. Attorney Service
DOJ-UASO Northern
District of Georgia
NTC US Attorney
75 Ted Turner Dr. SW
Ste 600
Atlanta, GA 30303

Clerk of the Court
Judge Thomas W.
Thrash, Jr
75 Ted Turner Dr. SW
Floor 22
Atlanta, GA 30303

Executed on 2nd day of October, 2025.

.Respectfully submitted,

Terri Tucker (Lowe)
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com
Pro Se Plaintiff

William James
Address: 14920 Ashland Ave
Harvey, Illinois 60426
Phone: 773-990-9373
Email: bj255758@yahoo.com
Pro Se Plaintiff

Notice of Filing Proof of Mailing for Both
Original Motion to Reopen Petition for Writ
of Mandamus and for Amended Petition for
Writ of Mandamus and to Correct Record

EXHIBIT A

USPS RECEIPTS FOR MAILIING

ORIGINAL MOTION TO REOPEN

PETITION FOR WRIT OF MANDAMUS

CASE NO – 18-10164-C

DATED 09/24/2025



DOUGLASVILLE
6000 STEWART PKWY
DOUGLASVILLE, GA 30135-9998
www.usps.com

09/24/2025                          10:39 AM
----------------------------------------
TRACKING NUMBERS
9505 5066 0271 5267 1627 82
9505 5066 0271 5267 1628 05
9505 5066 0271 5267 1628 29
----------------------------------------
TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



----------------------------------------
TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply
----------------------------------------
TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available
----------------------------------------
PURCHASE DETAILS
----------------------------------------

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $11.00 |

Flat Rate Env
    Atlanta, GA  30303
    Weight: 13.70 oz
    Expected Delivery Date
        Fri 09/26/2025
    Tracking #:
        9505 5066 0271 5267 1627 82
    Insurance                      $0.00
        Up to $100.00 included
Total                             $11.00

Priority Mail®          1          $11.00
Flat Rate Env
    New York, NY  10036
    Weight: 13.50 oz
    Expected Delivery Date
        Sat 09/27/2025
    Tracking #:
        9505 5066 0271 5267 1628 05
    Insurance                      $0.00
        Up to $100.00 included
Total                             $11.00

Priority Mail®          1          $11.00
Flat Rate Env
    Marietta, GA  30067
    Weight: 13.50 oz
    Expected Delivery Date
        Fri 09/26/2025
    Tracking #:
        9505 5066 0271 5267 1628 29
    Insurance                        $0.
        Up to $100.00 included
Total                              $11

----------------------------------------
Grand Total:                        $33

----------------------------------------
                                    $33



# UNITED STATES POSTAL SERVICE.

DOUGLASVILLE
6000 STEWART PKWY
DOUGLASVILLE, GA 30135-9998
www.usps.com

09/24/2025                          04:17 PM

- - - - - - - - - - - - - - - - - - - - - - -

TRACKING NUMBERS
9505 5066 0271 5267 1628 81

- - - - - - - - - - - - - - - - - - - - - - -

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



- - - - - - - - - - - - - - - - - - - - - - -

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

- - - - - - - - - - - - - - - - - - - - - - -

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

- - - - - - - - - - - - - - - - - - - - - - -

PURCHASE DETAILS

- - - - - - - - - - - - - - - - - - - - - - -

| Product | Qty | Unit Price | Price |
| --- | --- | --- | --- |
| Priority Mail® Flat Rate Env | 1 | | $11.00 |

    Atlanta, GA  30303
    Weight: 14.30 oz
    Expected Delivery Date
       Sat 09/27/2025
    Tracking #:
       9505 5066 0271 5267 1628 81

| Insurance | | | $0.00 |

    Up to $100.00 included

| Total | | | $11.00 |

- - - - - - - - - - - - - - - - - - - - - - -

| Grand Total: | | | $11.00 |

- - - - - - - - - - - - - - - - - - - - - - -

| Credit Card Remit | | | $11.00 |

    Card Name: VISA
    Account #: XXXXXXXXXXXX3820
    Approval #: 715801
    Transaction #: 509
    Receipt #: 000509
    AID: A0000000980840            Chip
    AL: US Debit
    PIN: Not Required

- - - - - - - - - - - - - - - - - - - - - - -

EXHIBIT A PAGE

EXHIBIT B

USPS ENVELOPES FOR MAILIING

ORIGINAL MOTION TO REOPEN

PETITION FOR WRIT OF MANDAMUS

CASE NO – 18-10164-C

DATED 09/24/2025

**PRESS FIRMLY TO SEAL**



## PRIORITY® MAIL

**P**

US POSTAGE IMI 850250924161633 2000392240
$11.00
SSK
PM

09/24/25 Mailed from 30135 028W2312154

### PRIORITY MAIL®

TERRI LOWE-TUCKER
1136 JOSLIN PATH
DOUGLASVILLE GA 30134-3724

14.30 oz

**RDC 03**

SCHEDULED DELIVERY DAY: 09/27/25

SHIP TO:

LAWRENCE R SOMMERFIELD
DOJ-UASO
75 TED TURNER DR. SW STE 600
ATLANTA GA 30303



### USPS TRACKING® NUMBER

9505 5066 0271 5267 1628 81



**TRACKED ■ INSURED**



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

...tions apply).*

...ny international destinations.

...is required.

...xclusions see the

...nd limitations of coverage.

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PAPER
POUCH
how2recycle.info

FROM:

UNITED STATES
POSTAL SERVICE®

PRIORITY® MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Terri Lowe
William James
1136 Joslin Path
Douglasville, GA 30134

TO: Lawrence, R. Sommerfield
NTC US Attorney
DOJ-UASO
Northern District of Georgia
75 Ted Turner Dr. SW
Ste 600
Atlanta, GA 30303

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE

This package is made from post-consumer waste. Please recycle again.

**P**

US POSTAGE IMI 850250924103740 2000392240
$11.00
SSK
PM

09/24/25   Mailed from 30135   028W2310264

## PRIORITY MAIL®

TERRI LOWE
1136 JOSLIN PATH
DOUGLASVILLE GA 30134-3724

13.70 oz

RDC 03

SCHEDULED DELIVERY DAY: 09/26/25

SHIP TO:

LORI M BERANEK
ASSISTANT U.S. ATTORNEY
75 SPRING STREET
ATLANTA GA 30303

### USPS TRACKING® NUMBER



9505 5066 0271 5267 1627 82

## TRACKED ▪ INSURED



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

---

PRESS FIRMLY TO SEAL

## PRIORITY® MAIL

...strictions apply).*

...l many international destinations.

...orm is required.

...ms exclusions see the

...ity and limitations of coverage.

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



how2recycle.info

PAPER
POUCH

---

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

FROM:



**UNITED STATES POSTAL SERVICE®** | **PRIORITY® MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Terri Lowe
William James
1136 Joslin Path
Douglasville, GA 30134

TO: Lori M. Beranek
Assistant U.S. Attorney
Bldg 600 Courthouse
75 Spring Street SW
Atlanta, GA 30303

Label 228, December 2023      FOR DOMESTIC AND INTERNATIONAL USE

...and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
...U.S. Postal Service; October 2023; All rights reserved.

EXHIBIT B  PAGE 10

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

**P**

US POSTAGE IMI    850250924103740    2000392240
$11.00
SSK
PM

09/24/25    Mailed from 30135    028W2311536

## PRIORITY MAIL®

TERRI LOWE
1136 JOSLIN PATH
DOUGLASVILLE GA 30134-3724

13.50 oz

RDC 03

EXPECTED DELIVERY DAY: 09/27/25

SHIP
TO:



TOM J FERBER
PRYOR CASHMAN, LLP
7 TIMES SQUARE
NEW YORK NY 10036

### USPS TRACKING® NUMBER



9505 5066 0271 5267 1628 05

**TRACKED ▪ INSURED**



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

# PRIORITY® MAIL

e.

estrictions apply).*

d many international destinations.

form is required.

aims exclusions see the

bility and limitations of coverage.

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP


PAPER
POUCH

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Terri Lowe
william James
1136 Joslin Path
Douglasville, GA 30134

TO:
Tom J. Ferber
Pryor cashman, LLP
7 Times Square
New York, N.Y. 10036-
6569

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE

...perty of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. ...item is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED



**P**

US POSTAGE IMI
$11.00
SSK
PM

850250924103740    2000392240

09/24/25   Mailed from 30135   028W2312154

## PRIORITY MAIL®

TERRI LOWE
1136 JOSLIN PATH
DOUGLASVILLE GA 30134-3724

13.50 oz

RDC 03

EXPECTED DELIVERY DAY: 09/26/25

C084

SHIP TO:

RICHARD GORDON ESQ.
1495 POWERS FERRY RD SE
MARIETTA GA 30067-9485



### USPS TRACKING® NUMBER

9505 5066 0271 5267 1628 29

**PRIORITY® MAIL**

...ictions apply).*

...any international destinations.

...m is required.

...s exclusions see the

...y and limitations of coverage.

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## TRACKED ≡ INSURED



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2



how2recycle.info

PAPER
POUCH

FROM:

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Terri Lowe
William James
1136 Joslin Path
Douglasville, GA 30134

TO: Richard Gordon, Esq
1495 Powers Ferry Rd.
Ste 101
Marietta, GA 30067

Label 228, December 2023      FOR DOMESTIC AND INTERNATIONAL USE

# EXHIBIT C

USPS RECEIPTS FOR MAILIING

AMENDED PETITION FOR

WRIT OF MANDAMUS

CASE NO – 25-13325-D

DATED 10/01/2025



**UNITED STATES POSTAL SERVICE**

DOUGLASVILLE
6000 STEWART PKWY
DOUGLASVILLE, GA 30135-9998
www.usps.com

10/01/2025                                    05:44 PM

---

TRACKING NUMBERS
9505 5066 0271 5274 1643 66
9505 5066 0271 5274 1643 80
9505 5066 0271 5274 1644 03
9505 5066 0271 5274 1644 27
9505 5066 0271 5274 1644 41
9505 5066 0271 5274 1644 89

---

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



---

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

---

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

---

PURCHASE DETAILS

---

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Flat Rate Env | 1 | | $11.00 |
| Atlanta, GA 30303 | | | |

EXHIBIT C PAGE 14



# UNITED STATES POSTAL SERVICE®

DOUGLASVILLE
6000 STEWART PKWY
DOUGLASVILLE, GA 30135-9998
www.usps.com

10/01/2025                          05:53 PM

- - - - - - - - - - - - - - - - - - - - - - - - -

TRACKING NUMBERS
9505 5066 0271 5274 1645 19

- - - - - - - - - - - - - - - - - - - - - - - - -

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



- - - - - - - - - - - - - - - - - - - - - - - - -

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

- - - - - - - - - - - - - - - - - - - - - - - - -

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

- - - - - - - - - - - - - - - - - - - - - - - - -

PURCHASE DETAILS

- - - - - - - - - - - - - - - - - - - - - - - - -

| oduct | Qty | Unit Price | Pri |
|---|---|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - -

| ority Mail® t Rate Env | 1 | | $11. |

EXHIBIT C PAGE 15

EXHIBIT D

USPS  FOR ENVELOPES MAILIING

AMENDED PETITION FOR

WRIT OF MANDAMUS

CASE NO – 25-13325-D

DATED 10/01/2025

US POSTAGE IMI   850251001174233   2000392240
$11.00
SSK
PM

10/01/25   Mailed from 30135   028W2310876

# P

## PRIORITY MAIL®

TERRI LOWE-TUCKER
1136 JOSLIN PATH
DOUGLASVILLE GA 30134

11.50 oz

RDC 03

SCHEDULED DELIVERY DAY: 10/04/25

SHIP TO:

**THOMAS W THRASH, JR**
**CLERK OF THE COURT NDGA**
**75 TED TURNER SW**
**ATLANTA GA 30303**

### USPS TRACKING® NUMBER

9505 5066 0271 5274 1644 03

## TRACKED ▪ INSURED

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

# PRIORITY®
# MAIL

strictions apply).*

d many international destinations.

form is required.

ims exclusions see the

ility and limitations of coverage.

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



how2recycle.info

PAPER
POUCH

FROM:

Terri Lowe (Tucker)
William James
1136 Joslin Path
Douglasville, GA 30134

TO:

Clerk of the Court (NDGA)
Judge Thomas W. Thrash, Jr
75 Ted Turner Dr. SW.
Floor 22
Atlanta, GA 30303

EXHIBIT D PAGE 17

US POSTAGE IMI 850251001174233 2000392240
$11.00
SSK
PM

10/01/25    Mailed from 30135    028W2311114

# PRIORITY MAIL®

TERRI LOWE-TUCKER
1136 JOSLIN PATH
DOUGLASVILLE GA 30134

11.44 oz

RDC 03

SCHEDULED DELIVERY DAY: 10/04/25

C039

SHIP
TO:

**LAWRENCE R SOMMERFELD**
**DOJ-UASO NDGA**
**75 TED TURNER DR SW**
**ATLANTA GA 30303-3315**



## USPS TRACKING® NUMBER



9505 5066 0271 5274 1643 66

# TRACKED ▪ INSURED

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

# PRIORITY®
## MAIL

strictions apply).*

many international destinations.

orm is required.

ms exclusions see the

ity and limitations of coverage.

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PAPER
POUCH

FROM:

Terri Lowe (Tucker)
William James
1136 Joslin Path
Douglasville, GA 30134

TO:

Lawrence R. Sommerfeld
NTC US Attorney
DOJ-UASO NDGA
75 Ted Turner Dr. S.W.
Ste 600
Atlanta, GA 30303

P

US POSTAGE IMI  850251001174233  2000392240
$11.00
SSK
PM

10/01/25   Mailed from 30135   028W2311114

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

## PRIORITY MAIL®

TERRI LOWE-TUCKER
1136 JOSLIN PATH
DOUGLASVILLE GA 30134

11.50 oz

RDC 03

SCHEDULED DELIVERY DAY: 10/04/25

C039

SHIP
TO:

LORI M BERANEK
AUSA
75 TED TURNER DR SW
ATLANTA GA 30303-3315



### USPS TRACKING® NUMBER



9505 5066 0271 5274 1644 27



## TRACKED ■ INSURED



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2



# PRIORITY®
## MAIL

e.

estrictions apply).*

d many international destinations.

form is required.

aims exclusions see the

lity and limitations of coverage.

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



how2recycle.info
PAPER
POUCH

FROM:

Terri Lowe (Tucker)
William James
1136 Joslin Path
Douglasville, GA 30134

TO:

Lori M. Beranek
Assistant U.S. Attorney
Ste 600 (600 U.S. Courthouse)
75 Spring Street SW
Atlanta, GA 30303

**PRESS FIRMLY TO SEAL**

US POSTAGE IMI 850251001174233 2000392240
$11.00
SSK
PM

10/01/25 Mailed from 30135 028W2311539

## PRIORITY MAIL®

TERRI LOWE-TUCKER
1136 JOSLIN PATH
DOUGLASVILLE GA 30134

11.50 oz

RDC 03

EXPECTED DELIVERY DAY: 10/04/25

C084

SHIP
TO:

RICHARD GORDON
STE 101
1495 POWERS FERRY RD SE
MARIETTA GA 30067-9485



### USPS TRACKING® NUMBER



9505 5066 0271 5274 1644 89

# TRACKED ▪ INSURED



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

# PRIORITY®
## MAIL

rictions apply).*

nany international destinations.

rm is required.

s exclusions see the

y and limitations of coverage.

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PAPER
POUCH

how2recycle.info

**FROM:**

Terri Lowe (Tucker)
William James
1136 Joslin Path
Douglasville, GA 30134

**TO:**

Richard Gordon, 86
1495 Powers Ferry Road
Ste 101
Marietta, GA 30067

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. ©2025 U.S. Postal Service; October 2023; All rights reserved.

**P**

US POSTAGE IMI 850251001175329 2000392240
$11.00
SSK
PM

10/01/25   Mailed from 30135   028W2310876

## PRIORITY MAIL®

US ATTORNEY ~~Terri Lowe Tucker~~
~~DOJ UASO NDGA US ATTORNEY SERVICE~~
1136 JOSLIN PATH
DOUGLASVILLE GA 30134-S724

11.50 oz

RDC 03

SCHEDULED DELIVERY DAY: 10/04/25

C039

SHIP
TO:

**US ATTORNEY SERVICE DOJ UASO NDGA**
**75 TED TURNER DR SW**
**ATLANTA GA 30303-3315**



### USPS TRACKING® NUMBER



9505 5066 0271 5274 1645 19

## TRACKED ▪ INSURED

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

**PRESS FIRMLY TO SEAL**

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

# PRIORITY®
# MAIL

tions apply).*

any international destinations.

is required.

exclusions see the

and limitations of coverage.

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PAPER
POUCH

how2recycle.info

This package is made from post...

FROM:

Terri Lowe (tucker)
William James
1136 Joslin Path
Douglasville, GA 30134

TO:

US. Attorney Service
DOJ-UASO NDGA
NTC US. Attorney
75 Ted Turner Dr. S.W
Ste 600
Atlanta, GA 30303

PRESS FIRMLY TO SEAL


FSC


PAPER POUCH
how2recycle.info

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED


## UNITED STATES POSTAL SERVICE ®

P

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (re
- USPS Tracking© service included for domestic a
- Limited international insurance.**
- When used internationally, a customs declarat

*Insurance does not cover certain items. For details regard*
Domestic Mail Manual at *http://pe.usps.com*.

** See International Mail Manual at *http://pe.usps.com* for

## FLAT RATE ENVELO

ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURE

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2




PAPER POUCH
cycle.info

EXHIBIT D PAGE 22

---



P

US POSTAGE IMI
$11.00
SSK
PM

850251001174233    2000392240

10/01/25    Mailed from 30135    028W2311536

# PRIORITY MAIL ®

TERRI LOWE-TUCKER
1136 JOSLIN PATH
DOUGLASVILLE GA 30134

11.50 oz

RDC 03

EXPECTED DELIVERY DAY: 10/08/25

C006

SHIP TO:

TOM J FERBER
PRYOR CASHMAN, LLP
7 TIMES SQ
NEW YORK NY 10036-6524

USPS TRACKING® NUMBER

9505 5066 0271 5274 1644 41

---

Lowe (tucker)
m James
2 Joslin Path
uglasville GA 30134

TO:

Pryor Cashman, LLP
Tom J. Ferber
7 Times Square
New York, NY 10036-6569

EXHIBIT E

FILING FEE PAID FOR

AMENDED PETITION FOR

WRIT OF MANDAMUS

CASE NO – 25-13325-D

DATED 09/30/2025

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Denver, Colorado
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

**Western Union** · **Kroger**

MONEY ORDER

19-784305449

A 359618 D 093025
T 1747 04
197843054491 L 000391

$5.00

(ISSUING AGENT)

PAY EXACTLY  FIVE DOLLARS AND NO CENTS

PAY TO THE ORDER OF  Clerk of U.S Court of Appeals 11th Circuit Civil Act. 25-13325-D

PURCHASER'S ADDRESS

William James et al v. Barbara Hunt, et al

1136 Joslin Path Douglasville, GA 30134

PURCHASER'S SIGNATURE

MOBILE DEPOSIT PROHIBITED

⑆102100400⑆ 4019784305449⑈

MONEY ORDER RECEIPT - NON NEGOTIABLE

THIS DOCUMENT CONTAINS A TRUE WATERMARK HOLD UP TO LIGHT TO VIEW

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Denver, Colorado
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

**Western Union** · **Kroger**

MONEY ORDER

19-784305448

A 359618 D 093025
T 1747 04
197843054482 L 000391

$600.00

(ISSUING AGENT)

PAY EXACTLY  SIX HUNDRED DOLLARS AND NO CENTS

PAY TO THE ORDER OF  Clerk of U.S. Court of Appeals Eleventh Circuit Civil Action 25-13325

PURCHASER'S ADDRESS

William James, et al. V. Barbara Hunt et. al.

Civil Action No. 25-13325-D
1136 Joslin Path Douglasville GA 3.134

PURCHASER'S SIGNATURE

MOBILE DEPOSIT PROHIBITED

⑆102100400⑆ 4019784305448⑈

MONEY ORDER RECEIPT - NON NEGOTIABLE

AGT 359618 LOC 000391 DT 093025 $600.00 6HUNDREDDOLLARS AND NO CENTS

Payable to
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with the original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado For customer service call 1-800-999-9660



\* 197843054448 \*

EXHIBIT E  PAGE 19