# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| William James and Terri Tucker (Lowe), Petitioners, | Appellate Case No. 25-13325-D |
| | District Civil Action No. 1:17-cv-01181-TWT |
| v. | |
| Barbara Hunt, Tyler Perry, Oprah Winfrey, et al., and Judge Thomas W. Thrash, Jr. Respondents. | COVERSHEET: Petitioners' Notice of Supplemental Information Regarding District Court Order (Ecf No. 219) and Request for Relief Encompassing The August 10, 2018 Order (Doc. 168) and All Orders Based Upon It |

**COVERSHEET: PETITIONERS' NOTICE OF SUPPLEMENTAL INFORMATION REGARDING DISTRICT COURT ORDER (ECF NO. 219) AND REQUEST FOR RELIEF ENCOMPASSING THE AUGUST 10, 2018 ORDER (DOC. 168) AND ALL ORDERS BASED UPON IT**

United States District Court, Northern District of Georgia: Case No. 1:17-cv-01181-TWT

**Petitioners:**

William James and Terri Tucker Lowe

EXHIBIT A  PAGE 19

**Respondents:**

Lions Gate Entertainment, Harpo, Inc., Oprah Winfrey Network (OWN), Oprah Winfrey, Tyler Perry Company, Tyler Perry Studios, Tyler Perry

**Exhibit Description**

**Description:**

District Court Order Doc. 219 - Entered November 24, 2025

This exhibit is a true and correct copy of the district court's Order (ECF No. 219) denying Petitioners' Emergency Motion to Stay (Doc. 217) "pursuant to the Court's Order of August 10, 2018" (Doc. 168). The order is central to this supplemental notice, as it demonstrates the ongoing reliance on the void injunction currently before this Court on Mandamus.

**Submitted by Pro Se Petitioners:**

Terri Tucker (Lowe)

William James

**EXHIBIT A**

**DISTRICT COURT ORDER (ECF NO. 219)**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM JAMES SUI JURIS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br><br>BARBARA HUNT, et al.,<br><br><br>Defendants. | CIVIL ACTION FILE<br>NO. 1:17-CV-1181-TWT |

### ORDER

This is a pro se civil RICO action. It is before the Court on the Plaintiffs' Motion to Stay [Doc. 217] which is DENIED pursuant to the Court's Order of August 10, 2018.

SO ORDERED, this 24th day of November, 2025.

THOMAS W. THRASH, JR.
United States District Judge

EXHIBIT A PAGE 20