_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

## WILLIAM JAMES, ET ANO.,

v.

## BARBARA HUNT, ET AL.,

## RE: WILLIAM JAMES, ET ANO., v. BARBARA HUNT, ET AL.,

**In the United States District Court for the Northern District of Georgia—
Atlanta Division
Civil Action No. 1:17-CV-01181-TWT**

## APPELLEES BARBARA HUNT, ET AL.'S RESPONSE TO APPELLANTS' STATUS UPDATE AND RENEWED DEMAND FOR MANDATORY FRAP 35(F) DISTRIBUTION AND FULL-COURT MERITS REVIEW OF STRUCTURAL ERROR RAISED IN DOCUMENT 21

Matthew A. Boyd
**TUCKER ELLIS LLP**
3344 Peachtree Street NE, Suite 1050
Atlanta, GA 30326
Phone:     (404) 678-6365
Fax:        (404) 678-6380
Email:     Matthew.Boyd@tuckerellis.com

*COUNSEL FOR APPELLEES*

Defendants-Appellees ("Appellees") respectfully submit this Response to Appellants' Status Update and Renewed Demand for Mandatory FRAP 35(F) Distribution and Full-Court Merits Review of Structural Error Raised in Document 21.

## ARGUMENT

Appellees file this response out of an abundance of caution with the understanding that no response is required at this time given the dismissal of the appeal. Appellants' arguments remain frivolous, meritless, and should be dismissed summarily. Further, given Appellants' propensity for filing meritless motions, the Court should prohibit them from making further filings without Court permission. For that reason, Appellees respectfully refers the Court to Appellees' Motion to Enter an Order Directing the Clerk to Reject Further Filings from Plaintiffs Absent Advance Permission from the Court, filed contemporaneously herewith.

## CONCLUSION

For the foregoing reasons and for the reasons asserted in Appellees' Motion to Enter an Order Directing the Clerk to Reject Further Filings from Plaintiffs Absent Advance Permission from the Court filed contemporaneously herewith, Appellees respectfully request that Appellants' "Status Update And Renewed Demand For Mandatory Frap 35(F) Distribution And Full-Court Merits Review Of Structural Error Raised In Document 21" (Doc. No. 32) be rejected and/or denied.

Respectfully submitted this 10th day of July 2026.

**TUCKER ELLIS LLP**

*/s/ Matthew A. Boyd*

Matthew Boyd
Bar Number 027645(GA)
3344 Peachtree Street NE, Suite 1050
Atlanta, GA 30326
Phone:      (404) 678-6365
Fax:         (404) 678-6380
Email:      Matthew.Boyd@tuckerellis.com

*Counsel for Appellees*

# <u>CERTIFICATE OF COMPLIANCE</u>

I certify that this brief complies with the type-volume limitations set forth in Fed. R. App. P. 27(d)(2)(A). The brief contains 266 words.

I further certify that this response complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6). The response was prepared in Word 14-point Times New Roman type.

Respectfully submitted this 10th day of July 2026.

**TUCKER ELLIS LLP**

*/s/ Matthew A. Boyd*

Matthew Boyd
Bar Number 027645(GA)
3344 Peachtree Street NE, Suite 1050
Atlanta, GA 30326
Phone:  (404) 678-6365
Fax:  (404) 678-6380
Email:  Matthew.Boyd@tuckerellis.com

*Counsel for Appellees*

# CERTIFICATE OF SERVICE

This is to certify that I have served the foregoing document on the opposing party in the foregoing matter by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon as follows:

William James
14920 S. ASHLAND
HARVEY, IL 60428


Terri Tucker- Lowe
1136 JOSLIN PATH
DOUGLASVILLE, GA 30274


This 10th day of July 2026.

*/s/ Matthew A. Boyd*
Matthew Boyd